1
2
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                     SAN JOSE DIVISION
12
13 LINDA M. CETERA,                    )   Case No.: C 09-00734 PVT
                                       )
14              Plaintiff,             )   **INTERIM ORDER RE APPLICATION
        v.                             )   TO PROCEED *IN FORMA PAUPERIS***
15                                     )
   THE COMMISSIONER OF THE SOCIAL      )
16 SECURITY ADMINISTRATION,            )
                                       )
17              Defendant.             )
   _____ )
18
19
        On February 18, 2009, plaintiff Linda M. Cetera applied to proceed *in forma pauperis* in the
20
   above-captioned action. In the application, plaintiff identified property she owns with an estimated
21
   market value of $315,000 and mortgage payments she makes in the amount of $1,267.88 per month.
22
   However, plaintiff does not provide the amount of equity or the total amount of the mortgage loan.
23
   Accordingly, plaintiff shall supplement the application no later than March 20, 2009 and provide
24
   information relating to how much equity she has in the property or the total amount of the mortgage
25
26
27
28

                                        ORDER, *page 1*

1  loan.

2      IT IS SO ORDERED.

3  Dated:   February 25, 2009

4  _____
   PATRICIA V. TRUMBULL
5     United States Magistrate Judge

ORDER, *page 2*