1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS CSBN 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12  LINDA M. CETERA,              )
                                  )   CIVIL NO. C09-00734 PVT
13        Plaintiff,              )
                                  )
14        v.                      )   STIPULATION AND [xxxxxxxxx] ORDER
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner of               )
16  Social Security,              )
                                  )
17        Defendant.              )
    _____)
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have an extension of time of 74 days, up to and including August

21  28, 2009, to answer Plaintiff's complaint. This request is being made because this case was originally

22  assigned to an attorney who went on unexpected and extended medical leave resulting in the need to

23  reassign her entire work load. In the process of these reassignments, the case tracking system used in the

24  Commissioner's Office of the General Counsel has been unreliable and this case was inadvertently

25  overlooked. Defendant will file the answer immediately after filing this proposed order so that no

26  further delay occurs.

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 28, 2009

/s/ *James Hunt Miller*
(As authorized via email)
JAMES HUNT MILLER
Attorney for Plaintiff

Dated: August 28, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  January 8, 2010

*[signature: Patricia V. Trumbull]*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time