```
JOSEPH P. RUSSONIELLO, CSBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-mail:  Brenda.Pullin@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA M. CETERA,<br><br>    Plaintiff,<br><br>                v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 5:09-00734 PVT<br><br>STIPULATION AND [XXXXXXXX] ORDER |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 35 days, up to and including March 12, 2010, to file his motion for summary judgment. This request is being made because the attorney assigned to the case is on extended medical leave but is expected to return to the office in late February.

//

//

//

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 21, 2010   */s/ James Hunt Miller*
(As authorized via e-mail)
JAMES HUNT MILLER

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated:  January 21, 2010   */s/ Brenda M. Pullin*
BRENDA M. PULLIN
on behalf of THEOPHOUS P. REAGANS
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:    January 22, 2010

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

2 - Stipulation & Order Extending Def.'s Time