```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8938
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. CETERA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. CV 09-00734-PVT<br><br>STIPULATION FOR EXTENSION |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended until April 16, 2010. This is defendant's second request for an extension. As indicated previously, counsel for defendant was out of the office on extended medical leave during January and February. Defendant's counsel has returned to work but now needs additional time to review this case for defensibility and to prepare a response to Plaintiff's motion. Counsel apologizes for the delay and any inconvenience caused to the Court.

Respectfully submitted this 17th day of March 2010.

DATED: March 17, 2010    By:    */s/ James Hunt Miller*
(*As agreed via telephone*)
JAMES HUNT MILLER
Attorney at Law

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 17, 2010    */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March 18, 2010    *Patricia V. Trumbull*